IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

STEVEN G. YANG AND CHRISTOPHER DAUBIERE, INDIVIDUALLY, AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,

         Plaintiffs,

-against-

NEW YORK MORTGAGE COMPANY, LLC AND NEW YORK MORTGAGE TRUST, INC.,

         Defendants.

Index No.:  06 CV 14429

---------------------------------------------------------------x

## NOTICE OF FILING OF REDACTED VERIFICATION FORMS

    Pursuant to Judge Lynch's Order dated October 22, 2008 and attached hereto as Exhibit A, attached hereto are redacted Verification Forms in the above-captioned matter, which were submitted in unredacted form for filing under seal on October 31, 2008.

Dated: Melville, New York
    November 10, 2008

         Respectfully submitted,

         JACKSON LEWIS LLP
         *ATTORNEYS FOR DEFENDANTS*
         58 South Service Road, Suite 410
         Melville, New York  11747
         (631) 247-0404

         By:   /s/
         Marc S. Wenger, Esq. (MW8910)

I:\Clients\N\108657\108658\Pleadings\Notice of Filed of Redacted Verifications.doc